IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAURY KING,                              :

      Plaintiff *Pro Se*              :

   v.                                    :   CIVIL ACTION NO. L-10-1760

LUCY PRESLEY, et al.                     :

      Defendants                      :

o0o

**MEMORANDUM**

On June 30, 2010, Maury King ("King"), filed the instant pro se Complaint stating the facts as follows: "back to work place best who up on time everything. Sweet person. Keep your job you're your husband back to place. Good lucky Lucy Parsely husband see you be care full." Docket No. 1. Plaintiff has also filed a motion for leave to proceed in forma pauperis. Paper No. 2. Because the Plaintiff appears indigent, same shall be granted.

The Court takes judicial notice that the facts alleged in this Complaint are bizarre and delusional. A complaint that is totally implausible or frivolous, such as this, may be dismissed sua sponte for lack of subject-matter jurisdiction, pursuant to FED R. CIV. P 12 (b)(1). See Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999) cert. denied, 528 U.S. 1198 (2000); O'Connor v. United States, 159 F.R.D. 22 (D. Md. 1994); see also Crowley Cutlery Co. v. United States, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on

his own initiative). Accordingly, this case is dismissed for lack of subject matter jurisdiction. A separate order follows this memorandum.

July 29, 2010

/s/
_____
Benson Everett Legg
United States District Judge